# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD HOWARD, JR.,** : | |
|     **Plaintiff** : | |
| : | No. 1:20-cv-00845 |
| **v.** : | |
| : | (Judge Kane) |
| **DANIEL HOLLENBAUGH and** : | |
| **JOSHUA A. FITTING,** : | |
|     **Defendants** : | |

## ORDER

**AND NOW**, on this 16th day of February 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff Ronald Howard ("Plaintiff")'s Motion for Leave to File Sur-Reply (Doc. No. 29) is **DEEMED WITHDRAWN**;

2. Defendant Joshua Fitting ("Defendant Fitting")'s Motion to Strike Plaintiff's Sur-Reply (Doc. No. 27) is **DEEMED WITHDRAWN**;

3. Defendant Fitting's Motion to Dismiss count 2 of Plaintiff's First Amended Complaint (Doc. No. 21) is **GRANTED**, and count 2 of the First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**; and

4. Within fourteen (14) days of the date of this Order, Plaintiff may file a Second Amended Complaint to attempt to address the pleading deficiencies identified in the accompanying Memorandum.

  s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania